**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 16, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00633-CV

---

## WAUGHSUP, LLC; JOSEPH MARTIN; CALTECH MANAGEMENT, INC.; AND TURNO INTERNATIONAL, INC., Appellants and Cross-Appellees

## V.

## CHARLES WATKINS AND PAULA DAVILLA, Appellees and Cross-Appellants

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-64701**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 15, 2016. On July 28, 2020, this court received notice that Waughsup, LLC, was in bankruptcy. According to

the notice, on June 5, 2020, Waughsup, LLC petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 20-32958.

On March 2, 2021, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The parties attached a copy of their settlement agreement to their motion, which was approved by the bankruptcy court as to the bankrupt party, Waughsup, LLC.

The motion is granted. We set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.